# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1689
LT Case No. 2013-CF-053606-A

_____

PATRICK R. VALENTI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Brevard County.
David C. Koenig, Acting Circuit Judge.

Patrick R. Valenti, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____